**DENY and Opinion Filed May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00268-CV**

**IN RE MAURICE JOEL HEROD, Relator**

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00470**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Osborne

In this original proceeding, relator seeks mandamus relief from the trial court's orders (1) denying his demand for dismissal of the underlying termination of parental rights proceeding and (2) denying his motion for summary judgment. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate remedy by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and the record, we conclude that relator has failed to meet his burden of demonstrating an abuse of discretion. *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus.


220268f.p05                          /Leslie Osborne/
                                     LESLIE OSBORNE
                                     JUSTICE